[Nos. 60703-1-I; 60667-1-I. Division One. February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLOW TODD EGGUM, *Appellant*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 04-1-00500-3 and 05-1-01094-3, Ira Uhrig and Steven J. Mura, JJ., entered September 13 and 14, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60809-6-I. Division One. February 9, 2009.]

LEIGHTON READ ANDERSON ET AL., *Respondents*, v. L. DENNIS GRIFFIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15235-4, Jay V. White, J., entered October 12, 2007. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid and Lau, JJ.

[No. 60829-1-I. Division One. February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AVELINO GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12105-4, Brian D. Gain, J., entered November 13, 2007. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Lau, J.

[No. 61045-7-I. Division One. February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON D. FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04414-7, Michael Hayden, J., entered December 10, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Grosse and Lau, JJ.